IN THE DISTRICT COURT OF PHILADELPHIA COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

V.

MARCUS GAY A/K/A MARCUS GAYE, ET AL,
**Defendant (Respondent)**

CASE and/or DOCKET No.: 17-02252

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: __COMPLAINT__

I, __Bernard Garnett__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve MARCUS GAY A/K/A MARCUS GAYE the above process on the __19th__ day of __August__, 20__17__, at __10__ : __25__ o'clock, __A__ M, at 181 JESSICA LYN DRIVE DOVER, DE 19904

**Manner of Service:**

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *
- [ ] By handing a copy to the Defendant(s)
- [x] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: __Delores Gay__
Relationship/Title/Position: __Spouse__
Remarks: _____
Description: Approximate Age __50__   Height __5'5"__   Weight __105__   Race __BlK__   Sex __F__   Hair __Brw__

Defendant was not served because: [ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant

[ ] Other: _____

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of __Delaware__    )
                                        ) SS:
County of __New Castle__                )

Before me, the undersigned notary public, this day, personally, appeared __Bernard Garnett__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __21st__ day of __August__, 20__17__.

_____
Notary Public

File Number:USA-158137
Case ID #:4963662

DANIEL HAGAN NEWCOMB
MY COMMISSION
EXPIRES
JAN. 30, 2021
NOTARY PUBLIC
STATE OF DELAWARE