UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>MARCUS GAY a/k/a MARCUS C. GAYE,<br>Defendant | No. 17-02252 |

### DEFAULT JUDGMENT

AND NOW, this ___20th___ day of ___September___, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, May 16, 2017 and, after due service of process on Defendant, MARCUS GAY a/k/a MARCUS C. GAYE, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MARCUS GAY a/k/a MARCUS C. GAYE, in the amount of $8,381.03. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: September 20, 2017

                                        Kate Barkman
                                        Clerk, United States District Court
                                        EasternDistrict of Pennsylvania

                          By:    s/ Terry Milano
                                 Deputy Clerk